UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                                CHAPTER 13
JEREMY M. WOODY
PATRICIA A. WOODY                                                     CASE NO. 12-84387

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    JPMorgan Chase Bank                    **Court claim #: 5**

**Last four digits** of any number used to identify the debtor's account: 4602

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $2386.37 (Per Creditor's Amended Proof of Claim) |
| Amount Paid by Trustee | $2386.37 |

| *Monthly ongoing Mortgage Payment* | |
|---|---|
| Mortgage is paid: | |
| ☐ Thru the Chapter 13 Plan | ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated: 5/8/2017                         /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 8th Day of May, 2017.

Dated: 5/8/17                           /s/Cynthia K. Burnard

JPMORGAN CHASE BANK NATIONAL ASSOCIATIO
3415 VISION DRIVE
MAIL CODE OH-7142
COLUMBUS, OH 43219

JPMORGAN CHASE BANK NA
CHASE RECORDS CENTER/CORR MAIL
MC: LA4-555
700 KANSAS LANE
MONROE, LA 71203

JPMORGAN CHASE BANK, N.A.
C/O HEAVNER, SCOTT, BEYERS & MIHLAR. LLC
POST OFFICE BOX 740
DECATUR, IL 62525-0740

JEREMY M. WOODY
PATRICIA A. WOODY
5822 LEGACY LANE
SOUTH BELOIT, IL 61080

GERACI LAW LLC
55 E. MONROE STREET, #3400
CHICAGO, IL 60603